**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Real Industry, Inc., *et al.* | : | Case No. 17-12464 (KJC) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ---------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Commercial Metals Co.,** Attn: William Fisher, 6565 North MacArthur Blvd., Suite 800, Irving, TX 75039, Phone: 214-689-4300, Fax: 214-689-5886

2. **Huron Valley Steel Corp.**, Attn: Mark Gafney, 1650 W. Jefferson, Trenton, MI 48183, Phone: 734-479-3407, Fax: 734-479-3408

3. **N T Ruddock Co.,** Attn: Kevin Ruddock, 26123 Broadway Avenue, Cleveland, OH 44146, Phone: 440-439-4976

4. **Nathan H. Kelman Inc.,** Attn: Paul Franklin, 41 Euclid Street, Cohoes, NY 12047, Phone: 518-237-5133, Fax: 518-233-8555

5. **Page Transportation Inc.,** Attn: Daniel K. Titus, 2758 Trombley Road, Weedsport, NY 13166, Phone: 800-233-2126, Fax: 315-834-9687.


ANDREW R. VARA
Acting United States Trustee, Region 3


 /s/ *Juliet Sarkessian* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: November 30, 2017

Attorney assigned to this Case: Juliet Sarkessian, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark Minuti, Esq., Phone: (302) 421-6840, Fax: (302) 421-5873