IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REAL INDUSTRY, INC., *et al.*,[1] | Case No. 17-12464 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that William R. Baldiga, Bennett S. Silverberg, Emily J. Koruda, and Andrew M. Carty of the law firm Brown Rudnick LLP, and Michael R. Lastowski, Sommer L. Ross, and Jarret P. Hitchings, of the law firm Duane Morris LLP, hereby appear in the above-referenced chapter 11 cases as proposed co-counsel for the Official Committee of Unsecured Creditors (the "Committee") and, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including Bankruptcy Rules 2002, 3017, 9007 and 9010 and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), including Local Rules 2002-1, 3017-1 and 9006-1, request that copies of all notices and pleadings given or filed in these cases be given and served upon counsel at the following address and contact information:

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Real Industry, Inc. (3818), Real Alloy Intermediate Holding, LLC (7447), Real Alloy Holding, Inc. (2396), Real Alloy Recycling, Inc. (9798), Real Alloy Bens Run, LLC (3083), Real Alloy Specialty Products, Inc. (9911), Real Alloy Specification, Inc. (9849), ETS Schaefer, LLC (9350), and RA Mexico Holding, LLC (4620). The principal place of business for the Real Alloy Debtors is 3700 Park East Drive, Suite 300, Beachwood, Ohio 44122.

| | |
|---|---|
| William R. Baldiga, Esq. | Michael R. Lastowski, Esq. |
| Bennett S. Silverberg, Esq. | Sommer L. Ross, Esq. |
| Andrew M. Carty, Esq. | Jarret P. Hitchings, Esq. |
| **BROWN RUDNICK LLP** | **DUANE MORRIS LLP** |
| 7 Times Square | 222 Delaware Avenue, Suite 1600 |
| New York, NY 10036 | Wilmington, DE 19801-1659 |
| Telephone: (212) 209-4800 | Telephone: (302) 657-4900 |
| Facsimile: (212) 209-4801 | Facsimile: (302) 657-4901 |
| E-mail: wbaldiga@brownrudnick.com | Email: mlastowski@duanemorris.com |
| bsilverberg@brownrudnick.com | slross@duanemorris.com |
| acarty@brownrudnick.com | jphitchings@duanemorris.com |

and

Emily J. Koruda, Esq.
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA  02111
Telephone: (617) 856-8200
Facsimile: (617-8560-8201
E-mail: ekoruda@brownrudnick.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases or the rights of the Committee.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of the Committee including, without limitation (i) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary

withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.  This Notice of Appearance is also not intended, and shall not be deemed or construed, to be a consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or the Federal Rules of Civil Procedure.

[*Signature Page Follows*]

4

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 6, 2017<br>Wilmington, Delaware | **DUANE MORRIS LLP**<br><br>*/s/ Sommer L. Ross*<br>Michael R. Lastowski (DE 3892)<br>Sommer L. Ross (DE 4598)<br>Jarret P. Hitchings (DE 5564)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE 19801-1659<br>Telephone: (302) 657-4900<br>Facsimile: (302) 657-4901<br>E-mail:  mlastowski@duanemorris.com<br>            slross@duanemorris.com<br>            jphitchings@duanemorris.com<br><br>- and -<br><br>**BROWN RUDNICK LLP**<br><br>William R. Baldiga, Esq.<br>Bennett S. Silverberg, Esq.<br>Andrew M. Carty, Esq.<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br>E-mail: wbaldiga@brownrudnick.com<br>           bsilverberg@brownrudnick.com<br>           acarty@brownrudnick.com<br><br>- and -<br><br>Emily J. Koruda, Esq.<br>One Financial Center<br>Boston, MA  02111<br>Telephone: (617) 856-8200<br>Facsimile: (617-8560-8201<br>E-mail: ekoruda@brownrudnick.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |