**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| REAL INDUSTRY, INC., *et al.*[1] ) | Case No. 17-12464 (KJC) |
| ) |  |
| Debtors. ) | Jointly Administered |
| ) | **Related to Docket Nos. 226-243, 361-367** |

## NOTICE OF FILING OF CERTAIN AMENDED SCHEDULES OF ASSETS AND LIABILITIES OF REAL ALLOY SPECIFICATION, INC., REAL ALLOY SPECIALTY PRODUCTS, INC., REAL ALLOY RECYCLING, INC., REAL ALLOY INTERMEDIATE HOLDING, LLC, REAL ALLOY HOLDING, INC., RA MEXICO HOLDING, LLC AND ETS SCHAEFER, LLC

**PLEASE TAKE NOTICE** that on January 9, 2018, Real Alloy Specification, Inc., Real Alloy Specialty Products, Inc., Real Alloy Recycling, Inc., Real Alloy Intermediate Holding, LLC, Real Alloy Holding, Inc., RA Mexico Holding, LLC and ETS Schaefer, LLC (together, the "Amended Schedule Debtors") filed their Schedules of Assets and Liabilities [Docket Nos. 226-243] (collectively, the "Schedules").

**PLEASE TAKE FURTHER NOTICE** that on January 19, 2018, the Amended Schedule Debtors amended the Schedules (collectively, the Amended Schedules"), as follows: (i) Real Alloy Specification, Inc. amended Schedules E/F, G and H [D.I. 367]; (ii) Real Alloy Specialty Products, Inc. amended Schedules E/F, G and H [D.I. 366]; (iii) Real Alloy Recycling, Inc. amended Schedules A/B, E/F, G and H [D.I. 365]; (iv) Real Alloy Intermediate Holding, LLC amended Schedules A/B, G and H [D.I. 364]; (v) Real Alloy Holding, Inc. amended

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Real Industry, Inc. (3818), Real Alloy Intermediate Holding, LLC (7447), Real Alloy Holding, Inc. (2396), Real Alloy Recycling, Inc. (9798), Real Alloy Bens Run, LLC (3083), Real Alloy Specialty Products, Inc. (9911), Real Alloy Specification, Inc. (9849), ETS Schaefer, LLC (9350), and RA Mexico Holding, LLC (4620). The principal place of business for the Real Alloy Debtors is 3700 Park East Drive, Suite 300, Beachwood, Ohio 44122.

-2-

Schedules A/B, E/F, G and H [D.I. 363]; (vi) RA Mexico Holding, LLC amended Schedules E/F, G and H [D.I. 362]; and (vii) ETS Schaefer, LLC amended schedules E/F, G and H [D.I. 361].

**PLEASE TAKE FURTHER NOTICE** that copies of the Amended Schedules may be viewed, free of charge, at the website maintained by the Debtors' claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/realindustry/.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the *Order (I) Establishing Deadlines for Filing Proofs of Claim, Including 503(b)(9) Claims, and (II) Approving the Form and Manner of Notice Thereof* [D.I. 340], to the extent the Amended Schedules (a) reduce the undisputed, noncontingent, and liquidated amount of a claim, (b) reclassify a scheduled, undisputed, liquidated, noncontingent claim as disputed, unliquidated, or contingent, (c) change the priority of a claim, (d) change the status of a claim from secured to unsecured, or (e) add a new claim to the Schedules described as "disputed," "contingent" or "unliquidated," the deadline for claimants to assert a proof of claim related thereto shall be the later of (x) February 21, 2018 at 5:00 p.m. (prevailing Eastern Time) or (y) 5:00 p.m. (prevailing Eastern Time) on the date that is twenty-one (21) days from the date of this notice.

[remainder of page left intentionally blank]

| | |
|---|---|
| Dated: January 22, 2018<br>Wilmington, Delaware | */s/ Monique B. DiSabatino*<br>Mark Minuti (DE Bar No. 2659)<br>Monique B. DiSabatino (DE Bar No. 6027)<br>SAUL EWING ARNSTEIN & LEHR LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>Telephone: (302) 421-6840<br>Facsimile: (302) 421-5873<br>mark.minuti@saul.com<br>monique.disabatino@saul.com |

                                                        -and-

                                      Sharon L. Levine (admitted *pro hac vice*)
                                      SAUL EWING ARNSTEIN & LEHR LLP
                                      1037 Raymond Boulevard, Suite 1520
                                      Newark, New Jersey 07102
                                      Telephone: (973) 286-6718
                                      Facsimile: (973) 286-6821
                                      sharon.levine@saul.com

                                                        -and-

                                      Gary S. Lee (admitted *pro hac vice*)
                                      Mark A. Lightner (admitted *pro hac vice*)
                                      Benjamin Butterfield (admitted *pro hac vice*)
                                      MORRISON & FOERSTER LLP
                                      250 West 55th Street
                                      New York, New York 10019
                                      Telephone: (212) 468-8000
                                      Facsimile: (212) 468-7900
                                      glee@mofo.com
                                      mlightner@mofo.com
                                      bbutterfield@mofo.com

                                      *Counsel for Debtors and Debtors-in-Possession*