**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REAL INDUSTRY, INC., *et al.*[1] | ) | Case No. 17-12464 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Related to Docket No. 545** |

**NOTICE OF FILING OF SCHEDULES TO ASSET PURCHASE AGREEMENT**

PLEASE TAKE NOTICE that on December 19, 2017, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Establishing Bidding Procedures Relating to the Sale of Assets, (II) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (III) Establishing Procedures in Connection with the Selection and Protections Afforded to Any Stalking Horse Bidders, (IV) Approving Form and Manner of Notice Relating Thereto, (V) Scheduling a Hearing to Consider the Proposed Sale, and (VI) Granting Related Relief* [Docket No. 176] (the "Bidding Procedures Order")[2] in the above-captioned chapter 11 cases of Real Industry, Inc. ("Real Industry") and its affiliated debtors and debtors-in-possession (collectively, the "Debtors").

PLEASE TAKE FURTHER NOTICE that on March 7, 2018, the Required DIP Noteholders, the Debtors, and the Official Committee of Unsecured Creditors (the "Creditors' Committee") agreed upon the terms of an asset purchase agreement documenting the terms of a cash and credit bid for substantially all of the Assets (the "Asset Purchase Agreement") and a proposed form of order (the "Proposed Sale Order") authorizing, among other things, the Debtors' entry into the Asset Purchase Agreement.

PLEASE TAKE FURTHER NOTICE that on March 8, 2018, the Debtors filed the Notice of *Asset Purchase Agreement and Proposed Sale Order* [Docket No. 545] (the "APA Notice"). Substantially final proposed forms of the Asset Purchase Agreement and Proposed Sale Order are attached to the APA Notice as Exhibits A and B, respectively.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Bidding Procedures Order, the Debtors' initial proposed disclosure schedules to the Asset Purchase Agreement are

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Real Industry, Inc. (3818), Real Alloy Intermediate Holding, LLC (7447), Real Alloy Holding, Inc. (2396), Real Alloy Recycling, Inc. (9798), Real Alloy Bens Run, LLC (3083), Real Alloy Specialty Products, Inc. (9911), Real Alloy Specification, Inc. (9849), ETS Schaefer, LLC (9350), and RA Mexico Holding, LLC (4620). The principal place of business for the Debtors is 3700 Park East Drive, Suite 300, Beachwood, Ohio 44122.

[2] Capitalized terms used herein and not otherwise defined shall have the meaning ascribed to them in the Bidding Procedures Order.

-2-

attached hereto as **Exhibit 1** (the "Proposed Disclosure Schedules").  Notwithstanding the foregoing, pursuant to the Bidding Procedures Order, the Proposed APA Schedules may be amended or supplemented by the Debtors at any time prior to the closing of the transactions contemplated in the Asset Purchase Agreement (subject to certain notice and objection rights of interested parties set forth therein).  Further, the Asset Purchase Agreement requires, as a condition precedent to closing, all Disclosure Schedules (as defined in the Asset Purchase Agreement) to the Asset Purchase Agreement to be acceptable to the Purchaser (as defined in the Asset Purchase Agreement) in its sole discretion, and permits the Purchaser to amend the Disclosure Schedules pursuant to the terms and conditions of the Asset Purchase Agreement.  The Debtors' Proposed APA Schedules were provided to the Purchaser substantially concurrent with the filing thereof.  The Purchaser has not approved the Proposed APA Schedules, and all of the Purchaser's rights to approve and amend the Schedules to the Asset Purchase Agreement pursuant to the terms thereof are reserved.

PLEASE TAKE FURTHER NOTICE that certain information in the Disclosure Schedules may be redacted for commercial confidentiality reasons.  The Debtors will provide such information to parties in interest upon request and upon the execution of a confidentiality agreement acceptable to the Debtors.

[remainder of page left intentionally blank]

| | |
|---|---|
| Dated: March 8, 2018<br>Wilmington, Delaware | /s/ *Monique B. DiSabatino*<br>Mark Minuti (DE Bar No. 2659)<br>Monique B. DiSabatino (DE Bar No. 6027)<br>SAUL EWING ARNSTEIN & LEHR LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>Telephone: (302) 421-6840<br>Facsimile: (302) 421-5873<br>mark.minuti@saul.com<br>monique.disabatino@saul.com<br><br>-and-<br><br>Sharon L. Levine (admitted *pro hac vice*)<br>SAUL EWING ARNSTEIN & LEHR LLP<br>1037 Raymond Boulevard, Suite 1520<br>Newark, New Jersey 07102<br>Telephone: (973) 286-6718<br>Facsimile: (973) 286-6821<br>sharon.levine@saul.com<br><br>-and-<br><br>Gary S. Lee (admitted *pro hac vice*)<br>Jennifer L. Marines (admitted *pro hac vice*)<br>Mark A. Lightner (admitted *pro hac vice*)<br>Benjamin Butterfield (admitted *pro hac vice*)<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, New York 10019<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>glee@mofo.com<br>jmarines@mofo.com<br>mlightner@mofo.com<br>bbutterfield@mofo.com<br><br>*Counsel for Debtors and Debtors-in-Possession* |