**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| REAL INDUSTRY, INC., *et al.*,[1] | ) ) ) | Case No. 17-12464 (KJC) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR MARCH 29, 2018
AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE
THE HONORABLE KEVIN J. CAREY, U.S. BANKRUPTCY COURT JUDGE[2,3]**

**MATTERS:**

1. Debtors' Motion for Entry of Orders (A)(1) Establishing Bidding Procedures Relating to the Sale of Assets, (II) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (III) Establishing Procedures in Connection with the Selection and Protections Afforded to Any Stalking Horse Bidders, (IV) Approving Form and Manner of Notice Related Thereto, (V) Scheduling a Hearing to Consider the Proposed Sale, and (VI) Granting Related Relief; (B)(I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [D.I. 85; filed: 11/28/17]

    Response Deadline:  March 22, 2018 at 4:00 p.m. (EST) (extended for certain parties).

    Responses Received:

    A.   Reservations of Rights of the U.S. Trustee to Debtors' Motion for Entry of Order (I) Approving the Sale of Assets Free and Clear of All Liens, Claims,

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Real Industry, Inc. (3818), Real Alloy Intermediate Holding, LLC (7447), Real Alloy Holding, Inc. (2396), Real Alloy Recycling, Inc. (9798), Real Alloy Bens Run, LLC (3083), Real Alloy Specialty Products, Inc. (9911), Real Alloy Specification, Inc. (9849), ETS Schaefer, LLC (9350), and RA Mexico Holding, LLC (4620).  The principal place of business for the Real Alloy Debtors is 3700 Park East Drive, Suite 300, Beachwood, Ohio 44122.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

[3] Parties who are unable to attend a hearing may request telephonic participation by contacting CourtCall toll free by phone (866-582-6878) or by facsimile (866-533-2946).

  Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [D.I. 599; filed: 03/22/18]

B.  Objection of Harris County [D.I. 600; filed: 03/22/18]

C.  Notice of Withdrawal of Objection of Harris County [D.I. 612; filed 03/26/18]

D.  Informal comments received from Charles DeWeese Construction Company ("CDCC").

Responses Received Related to Cure Notices:

E.  Objection of Constellation NewEnergy, Inc. and Constellation NewEnergy – Gas Division, LLC to the Notice of Filing of Contracts Schedule [D.I. 414; filed: 02/01/18]

F.  Objection of CenterPoint Energy Services, Inc. to the Notice of Filing of Contracts Schedule [D.I. 415; filed: 02/01/18]

G.  Limited Objection to and Reservations of Rights Regarding Debtors' Motion for Entry of Orders (A)(1) Establishing Bidding Procedures Relating to the Sale of Assets, (II) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (III) Establishing Procedures in Connection with the Selection and Protections Afforded to Any Stalking Horse Bidders, (IV) Approving Form and Manner of Notice Related Thereto, (V) Scheduling a Hearing to Consider the Proposed Sale, and (VI) Granting Related Relief; (B)(I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief and (2) Notice of Filing of Amended Contracts Schedule of Oracle America, Inc. [D.I. 439; filed: 02/12/18]

H.  Objection of First National Bank of Omaha to Assumption and Assignment of Credit Card Agreement and to Stated Cure [D.I. 555; filed: 03/09/18]

I.  Supplement to Oracle's Limited Objection to and Reservations of Rights Regarding Debtors' Motion for Entry of Orders (A)(1) Establishing Bidding Procedures Relating to the Sale of Assets, (II) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (III) Establishing Procedures in Connection with the Selection and Protections Afforded to Any Stalking Horse Bidders, (IV) Approving Form and Manner of Notice Related Thereto, (V) Scheduling a Hearing to Consider the Proposed Sale, and (VI) Granting Related Relief; (B)(I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired

Leases, and (III) Granting Related Relief and (2) Notice of Filing of Amended Contracts Schedule [D.I. 597; filed: 03/22/18]

J.      Informal response received from Wells Fargo Equipment Finance

K.      Informal response received from Chatham Hedging Advisors, LLC

L.      Informal response received from TMS International

M.      Informal response received from Advanced Disposal Services

N.      Informal response received from Lenovo Financial Services

O.      Informal response received from Bushwood, Ltd.

P.      Informal response received from Level 3 Communications, LLC

Q.      Informal response received from Linde, LLC

Related Documents:

R.      Order (I) Establishing Bidding Procedures Relating to the Sale of Assets, (II) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (III) Establishing Procedures in Connection with the Selection and Protections Afforded to any Stalking Horse Bidders, (IV) Approving Form and Manner of Notice Relating Thereto, (V) Scheduling a Hearing to Consider the Proposed Sale, and (VI) Granting Related Relief [D.I. 176; signed and docketed: 12/19/17]

S.      Notice of Filing of Contracts Schedule [D.I. 288; filed: 01/12/18]

T.      Notice of Filing of Amended Contracts Schedule [D.I. 403; filed: 01/29/18]

U.      Notice of Stalking Horse Proposal Deadline and Submission of Credit Bid Proposal from Prepetition Lenders [D.I. 422; filed: 02/05/18]

V.      Notice of Asset Purchase Agreement and Proposed Sale Order [D.I. 545; filed: 03/08/18]

W.      Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [D.I. 547; filed: 03/08/18]

X.      Notice of Filing of Schedules to Asset Purchase Agreement [D.I. 550; filed: 03/08/18]

Y.      Notice of Credit Bid Amount and Cancellation of Auction [D.I. 595; filed: 03/21/18]

Z. Notice of Filing of Execution Version of Asset Purchase Agreement [D.I. 607; filed: 03/23/18]

AA. Notice of Filing of Revised Proposed Sale Order [D.I. 611; filed: 03/26/18]

BB. Declaration of Mohsin Y. Meghji in Support of Debtors' Motion for Entry of Orders (A)(1) Establishing Bidding Procedures Relating to the Sale of Assets, (II) stablishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (III) Establishing Procedures in Connection with the Selection and Protections Afforded to Any Stalking Horse Bidders, (IV) Approving Form and Manner of Notice Related Thereto, (V) Scheduling a Hearing to Consider the Proposed Sale, and (VI) Granting Related Relief; (B)(I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [D.I. 621; filed: 03/26/18]

CC. Declaration of Robert J. White in Support of Debtors' Motion for Entry of Orders (A)(1) Establishing Bidding Procedures Relating to the Sale of Assets, (II) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts, (III) Establishing Procedures in Connection with the Selection and Protections Afforded to Any Stalking Horse Bidders, (IV) Approving Form and Manner of Notice Related Thereto, (V) Scheduling a Hearing to Consider the Proposed Sale, and (VI) Granting Related Relief; (B)(I) Approving the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [D.I. 622; filed: 03/26/18]

Status: This matter is going forward with respect to approval of the sale. The Debtors believe that the sale is going forward on a consensual basis as a result of modifications made to the proposed sale order that are reflected in the redline attached to Docket No. 611. With respect to the Cure Notices, all formal and informal cure objections and responses have been resolved, subject to the Debtors' filing of a revised contract schedule.

2. Debtors' Motion for an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Real Industry's Proposed Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection with Therewith, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [D.I. 529; filed: 03/01/18]

Response Deadline: March 22, 2018 at 4:00 p.m. Extended to March 26, 2018 at 4:00 p.m. for the Office of the United States Trustee (the "UST").

Responses Received: Informal comments received from the UST.

    A.    Ad Hoc Committee of Equity Security Holder's Objection [D.I. 604; filed: 03/23/18]

Related Documents:

    B.    Order Granting Debtors' Motion to Shorten Notice of Debtor's Motion for an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Real Industry's Proposed Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection with Therewith, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [D.I. 524; signed and docketed: 03/01/18]

    C.    Disclosure Statement for Real Industry, Inc.'s Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 528; filed: 03/01/18]

    D.    Notice of Disclosure Statement Hearing [D.I. 530; filed: 03/01/18]

    E.    Notice of Filing of Liquidation Analysis [D.I. 557; filed: 03/09/18]

    F.    Notice of Filing of Table Summarizing Classification and Treatment of Classified Claims and Interests for Insertion into Disclosure Statement [D.I. 589; filed: 03/20/18]

    G.    Notice of Filing of Revised Plan, Disclosure Statement and Proposed Voting Procedures Order [D.I. 627; filed: 03/27/18]

Reply:

    H.    Reply in Support of Disclosure Statement for the Plan of Reorganization for Real Industry, Inc. Pursuant to Chapter 11 of the United States Bankruptcy Code [D.I. 623; filed: 03/27/18]

Status: This matter is going forward.

3.    Ad Hoc Committee's Motion for an Order (A) Terminating Debtor's Exclusivity Pursuant to Bankruptcy Code Section 1121(d)(1), and (B) Adjourning the Hearing to Approve the Proponents' Disclosure Statement with Respect to the Plan [D.I. 559; filed: 03/12/18]

Response Deadline: March 26, 2018 at 4:00 p.m.

Responses Received:

    A.    Debtor's Objection to Ad Hoc Committee's Motion for an Order (A) Terminating Debtor's Exclusivity Pursuant to Bankruptcy Code Section 1121(d)(1), and (B) Adjourning the Hearing to Approve the Proponents' Disclosure Statement with Respect to the Plan [D.I. 614; filed: 03/26/18]

Related Documents:

B.     Order Denying Ad Hoc Committee's Motion to Shorten Notice with Respect to the Ad Hoc Committee's Motion for an Order (A) Terminating Debtor's Exclusivity Pursuant to Bankruptcy Code Section 1121(d)(1), and (B) Adjourning the Hearing to Approve the Proponents' Disclosure Statement with Respect to the Plan [D.I. 564; signed and docketed: 03/13/18]

Status: This matter is going forward.

4.     Debtors' Motion to Strike Ad Hoc Committee of Equity Security Holder's Objection to Debtor's Motion for an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Real Industry's Proposed Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [D.I. 608; filed: 03/26/18]

Response Deadline: At the hearing.

Responses Received: None to date.

Related Documents:

A.     Order Granting Motion of the Debtors for Expedited Consideration of Debtors' Motion to Strike Ad Hoc Committee of Equity Security Holder's Objection to Debtor's Motion for an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of Real Industry's Proposed Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (V) Scheduling Certain Dates with Respect Thereto, and (VI) Granting Related Relief [D.I. 613; filed: 03/26/18]

B.     Notice of Hearing [D.I. 615; filed 03/26/18]

Status: This matter is going forward.

| | |
|---|---|
| Dated: March 27, 2018<br>Wilmington, Delaware | */s/ Monique B. DiSabatino*<br>Mark Minuti (DE Bar No. 2659)<br>Monique B. DiSabatino (DE Bar No. 6027)<br>SAUL EWING ARNSTEIN & LEHR LLP<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, Delaware 19899<br>Telephone: (302) 421-6840<br>Facsimile: (302) 421-5873<br>mark.minuti@saul.com<br>monique.disabatino@saul.com |

    -and-

Sharon L. Levine (*pro hac vice* admission pending)
SAUL EWING ARNSTEIN & LEHR LLP
1037 Raymond Boulevard, Suite 1520
Newark, New Jersey 07102
Telephone: (973) 286-6718
Facsimile: (973) 286-6821
sharon.levine@saul.com

    -and-

Gary S. Lee (admitted *pro hac vice*)
Todd M. Goren (admitted *pro hac vice*)
Mark A. Lightner (admitted *pro hac vice*)
Benjamin Butterfield (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
glee@mofo.com
tgoren@mofo.com
mlightner@mofo.com
bbutterfield@mofo.com

*Counsel for Debtors and Debtors-in-Possession*